**SO ORDERED.**

**SIGNED this 28 day of March, 2013.**



_Stephani W. Humrickhouse_
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| ANDERSON HOMES, INC., and | 09-02062-8-SWH |
| VANGUARD HOMES, INC. | 09-02071-8-SWH |
| Debtor | |
| RICHARD D. SPARKMAN, Chapter 7 Trustee for Anderson Homes, Inc. and Vanguard Homes, Inc. | |
| Plaintiff, | ADVERSARY PROCEEDING NO. |
| v. | 11-00213-8-SWH-AP |
| AMERICAN RESIDENTIAL SERVICES, LLC | |
| Defendant. | |

## JUDGMENT

A trial of this preferential transfer action initiated by the chapter 7 trustee against American Residential Services, LLC was held in Raleigh, North Carolina, on November 13, 2012. An Order Regarding Preference Defenses was entered on this date finding in favor of the plaintiff, Richard D.

Sparkman, the chapter 7 trustee for Anderson Homes, Inc. Based on the conclusions of law set forth in that Order,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the plaintiff, Richard D. Sparkman, Trustee, shall have and recover judgment against American Residential Services, LLC in the amount of $122,861.66, plus interest at the federal rate of 0.17 percent per annum from June 28, 2011 until paid.

**END OF DOCUMENT**