FILED: November 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1062
(5:13-cv-00346-D)
(09-02062-8-SWH)
(09-02071-8-SWH)
(11-00213-8-SWH)

_____

RICHARD D. SPARKMAN, Chapter 7 Trustee for Anderson Homes, Inc. and Vanguard Homes, Inc.

      Plaintiff - Appellee

v.

AMERICAN RESIDENTIAL SERVICES, LLC

      Defendant - Appellant

_____

O R D E R

_____

    The court denies the petition for rehearing.

    Entered at the direction of the panel: Judge Motz, Judge King, and Judge Gregory.

                                  For the Court

                                  /s/ Patricia S. Connor, Clerk